IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS, Jr.,

        Plaintiff,                    No. CIV S-07-1472 FCD GGH P

    vs.

CDCR, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Pursuant to the order, filed on 5/05/08, defendants' counsel has filed a declaration setting forth his efforts to comply with that order, which directed counsel to make a reasonable investigation to determine the representative of plaintiff's estate and, if one were discovered to serve the suggestion of death of the plaintiff in accordance with Rules 4 and 25 upon the representative, plaintiff having passed away in custody during the pendency of this action, on 3/28/08. Counsel was also directed therein, within 60 days, either to file a proof of service demonstrating proper service of the suggestion of death upon the successor or representative of the estate of plaintiff pro se, or if counsel were not able to effect such service, a declaration setting forth efforts made to comply with the order.

        By the filing of 7/07/08, counsel for defendants indicates that he has not yet received confirmation of personal service upon plaintiff's designated next-of-kin, for whom he

1

1 has two potential addresses.  Counsel indicates that he will notify the court as soon as such
2 confirmation is received.  Upon receipt of counsel's confirmation of personal service or an
3 explanation why such service could not be effected, the court will make a further order, pursuant
4 to Fed. R. Civ. 25(a).

        Accordingly, IT IS ORDERED that by the filing, dated 7/07/08, counsel for defendants has discharged the order, filed on 5/05/08.

Dated: 07/30/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
davi1472.dsc