IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS, Jr.,

        Plaintiff,                        No. CIV S-07-1472 FCD GGH P

    vs.

CDCR, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, died in custody during the pendency of this action, on 3/28/08. As noted in the Order, filed on 7/30/08, defendants' counsel indicated his intent to notify the court as soon as personal service upon plaintiff's designated next-of-kin, for whom defense counsel had two potential addresses was confirmed. In the prior Order, the undersigned stated that upon receipt of counsel's confirmation of personal service or an explanation why such service could not be effected, the court would make a further order, pursuant to Fed. R. Civ. 25(a). Because counsel for the defendants has not yet followed up in this court, counsel is now ORDERED, within 15 days, to inform the court whether or not personal service of the suggestion of death has been effected upon the representative of plaintiff's

\\\\\

\\\\\

1

1  estate, pursuant to Fed. R. Civ. P. 4 and 25, or an explanation as to why such service could not be
2  effected.
3  Dated: January 16, 2009

      /s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
davi1472.ord